FILED

07 JUL -2 AM 8:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PMC_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>JOSE ALBERTO GUZMAN,<br><br>                          Defendant. | CASE NO. 07-CR-881 H<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING DATE**<br><br>[Doc. # 19] |

**IT IS HEREBY ORDERED** that defendant Jose Alberto Guzman's Sentencing Hearing date be continued from July 9, 2007 at 9:00 a.m. to **August 20, 2007 at 9:00 a.m.** The defendant is in custody. The Court finds time is excludable under the Speedy Trial Act. The defendant is in custody.

**IT IS SO ORDERED.**

Dated: 6/28/07

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT